**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9
10                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12   ROBERT D. VILLARREAL,
                                                    No. C 13-00416 WHA
13              Petitioner,
14       v.
15   FRANK X. CHAVEZ, Warden,                       **ORDER GRANTING REQUEST
                                                    TO HOLD *HABEAS CORPUS*
16              Respondent.                         PETITION IN ABEYANCE**
17   _____/
18          Petitioner Robert D. Villarreal requests that this Court hold his pending habeas corpus

19   petition in abeyance while he pursues re-sentencing under newly-enacted California law.

20   Petitioner filed a declaration stating that respondent does not oppose the request.  A response to

21   the request was due by May 7, 2013, and none was received.

22          In November 2012, California Penal Code Section 1170.126 became law, permitting

23   prisoners like petitioner to seek re-sentencing.  Petitioner has a hearing on his re-sentencing

24   request set for July 2013.  Good cause exists here to hold the present petition in abeyance

25   because petitioner has diligently pursued his state claim for re-sentencing.  Based on the

26   particular circumstances herein and the short time until petitioner's hearing, petitioner's request

27   is **GRANTED**.  The habeas corpus petition will be held in abeyance until **AUGUST 26, 2013**.

28

1    By August 26, petitioner must file a case management statement updating the court on

2  the status of his re-sentencing.  To the extent that petitioner seeks any further stay, he must file a

3  proper motion, supported by legal authority and on an adequate factual basis.

4

5    **IT IS SO ORDERED.**

6

7  Dated:  May 17, 2013.

8    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California