IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT D. VILLARREAL,

    Petitioner,

    v.

FRANK X. CHAVEZ,

    Respondent.

No. C 13-00416 WHA

**ORDER RE RULE 41 DISMISSAL**

    The Court has received petitioner's notice of voluntary dismissal in this Section 2254 habeas action. Under Rule 41(a), Court approval is unnecessary. In light of the voluntary dismissal, the Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: May 2, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE